IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JILL R. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.2:06CV576-SRW |
| | )  (WO) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 2, 2007, the court entered an order granting plaintiff's motion for fees pursuant to the EAJA and awarding the requested fees to plaintiff. Plaintiff has now, eleven days after entry of that order, filed a brief in opposition to the government's position regarding payment of EAJA fees directly to plaintiff rather than to her attorney. In this brief, plaintiff's counsel asks that the fee be awarded directly to her and that the court allow additional EAJA fees for the time spent preparing this additional brief. The court construes the brief (Doc. # 24) as a motion for reconsideration and a motion for additional EAJA fees. For the reasons stated in Crittenden v. Astrue, Civil Action No. 2:05cv616-SRW, it is

ORDERED that the motions are DENIED.

DONE, this 14th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE